UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60353-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BEVERLY GALLAGHER,

    Defendant.

_____/

## DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW the Defendant, BEVERLY GALLAGHER, by and through her undersigned counsel, and respectfully submits this document for the Court in its determination of sentencing in the above styled case. As grounds therefor, the Defendant would aver as follows:

That the Defendant herein has entered into a plea agreement with the Government that requires that the Defendant agree to a sentence in the guideline range of 37-46 months, in exchange for other concessions by the Government. The Defendant reiterates, and restates, that she totally agrees with this sentencing. However, the Defendant, and the government have both agreed that the Defendant should be sentenced at the low end of the sentencing guidelines. There are specific and explicit reasons why this sentence is an appropriate sentence to be imposed by the Court, beside the fact that the parties have agreed thereto;



1.  The Defendant has no prior criminal record and the incidents that gave rise to this Indictment did not result in the loss of <u>any</u> public monies, nor were any public funds jeopardized or at risk because of the manner in which the investigation was conducted and the intent of the Defendant not to do so;

2.  That the incidents which gave rise to these meetings were impacted by the Defendant's vulnerability to alcohol, a situation which is discussed hereinafter, and her financial condition at the time. Indeed, the Defendant believed that in dealing with these individuals, she would be able to secure employment with their Asset Management company and, at the time of her arrest, believed she was going to a meeting with the Chief Executive Officer of that fictitious and undercover company;

3.  That the "vulnerability to alcohol" that is described hereinabove, has been fleshed out, and evaluated by Dr. Michael P. Brannon, PsyD., an acknowledged State and Federal expert in forensic psychology, including alcoholism. Dr. Brannon will testify at sentencing to support that assertion, and to further support the herein- requested Court recommendation that Ms. Gallagher participate in the Residential Drug Abuse Program (RDAP) in the Bureau of Prisons. Indeed, 18 USC §3621(e) defines with specificity that program, and, from the evaluation conducted by Dr. Brannon, it appears that this Defendant is uniquely qualified therefor. (See Exhibit I - Report);

SENTENCING MEMORANDUM
UNITED STATES V. BEVERLY GALLAGHER
CASE NO.: 09-60353-CR-COHN

2

LAW OFFICES OF BOGENSCHUTZ, DUTKO & KROLL, P.A.
600 SOUTH ANDREWS AVENUE, SUITE 500 · FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 764-2500 · FAX (954) 764-5040



4.  That in order to have this program available, it is necessary that the Defendant be <u>recommended</u> for designation to a specific prison which has the RDAP program. Not all of them do. In this case, because the Defendant is in the Southern District of Florida, her most likely placement would be in the southeast region of the Bureau of Prisons. However, the closest female facility to Florida with that program is either FPC Alderson, West Virginia and/or FPC Bryan, Texas. Thus, respectfully, the Defendant requests that this Honorable Court <u>recommend</u> that the Attorney General designate this Defendant to FPC Bryan, Texas - Camp for the service of a period of incarceration or in the alternative, Alderson, West Virginia ;

5.  That the Defendant herein cooperated on multiple occasions with the government immediately after her arrest, including electronically surveilling potential subjects of corollary investigations, and providing evidence which is now being utilized, on information and belief, in a current state investigation, for a period of several months prior to her Indictment and arrest, and she should be given credit for that in the Court's consideration of a sentence at the low end of her guideline above;

6.  That several members of her community have written letters on her behalf so that the Court can be made aware of her stature and the positive impact that she has had in that community. (see Exhibit II- Composite);

SENTENCING MEMORANDUM
UNITED STATES V. BEVERLY GALLAGHER
CASE NO.: 09-60353-CR-COHN

3

LAW OFFICES OF BOGENSCHUTZ, DUTKO & KROLL, P.A.
600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 764-2500 • FAX (954) 764-5040

WHEREFORE, the Defendant respectfully urges this Honorable Court as follows:

a.      To sentence the defendant to the low end of the guidelines as previously indicated, or, 37 months;

To recommend that she serve her period of incarceration at FPC Bryan, Texas in order that she be able to avail herself of the Residential Drug Abuse Program of the Bureau of Prisons;

b.      And to recommend <u>specifically</u> that she be permitted to enter into and complete the RDAP program at the place of her incarceration.

**I HEREBY CERTIFY** that on this 26th day of May, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either by electronic transmission generated by CM/ECF, or in some other manner for those counsel or parties who are not able to receive electronic filings.

Respectfully submitted,

BOGENSCHUTZ, DUTKO & KROLL, P.A.
Attorneys for BEVERLY GALLAGHER
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33301
Phone:       (954) 764-2500
Facsimile:   (954) 764-5040
e-mail:       jdblaw05T5@aol.com

BY: 

J. DAVID BOGENSCHUTZ
Florida Bar # 131174

SENTENCING MEMORANDUM
UNITED STATES V. BEVERLY GALLAGHER
CASE NO.: 09-60353-CR-COHN

4

# EXHIBIT I

LAW OFFICES OF BOGENSCHUTZ, DUTKO & KROLL, P.A.

600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 764-2500 • FAX (954) 764-5040



The
INSTITUTE
for Behavioral Sciences
and the Law

Office  (954) 766-8826

Fax      (954) 764-3486

200 S.E. 6th Street, Suite 402
Fort Lauderdale, FL  33301

## Psychological Evaluation

| | |
|---|---|
| **Defendant:** | Beverly Gallagher |
| **Dates of Evaluation:** | 04-07-10; 04-08-10 |
| **Date of Report:** | 04-30-10 |
| **Judge:** | James I. Cohn |
| **Attorney:** | J. David Bogenschutz |
| **Examiner:** | Michael P. Brannon, Psy.D. |

**Forensic Summary:** The defendant displayed and reported numerous symptoms of severe depression. In addition, she reported the episodic abuse of alcohol over the past four years. The defendant would be an appropriate candidate for placement into a short-term (30 day) alcohol rehabilitation program with concurrent psychiatric case management services for depression. If the defendant were to successfully complete the designated residential program, she should be considered for a step-down to a less restrictive program such as day treatment or intensive outpatient services. The defendant reported that she would be amenable to the above treatment services. In the absence of the appropriate treatment, the defendant's depression and alcohol abuse are likely to increase in severity in the foreseeable future.

**Referral Information:** The defendant was evaluated at the request of her attorney, Mr. J. David Bogenschutz, for a psychological assessment with treatment suggestions if clinically indicated. She was evaluated on the above dates at this examiner's office at the Institute for Behavioral Sciences and the Law. She is charged with one count of Bribery. She has been scheduled for her next court appearance on 06-02-10.

**Sources of Information:** Clinical Interview; Mental Status Examination; Personality Assessment Inventory (PAI); Millon Clinical Multiaxial Inventory – III (MCMI-III) Substance Abuse Subtle Screening Inventory - 3 (SASSI-3); Beck Depression Inventory – II (BDI-II); Telephone Interview with Ms. Meghan Gallagher (daughter); and Telephone Interview with Ms. Suzanne Leitner (therapist).

**Relevant History:** The defendant is a 51 year-old, divorced, white female who was born in Hazelton, Pennsylvania. She reported that she was raised by her mother and father along with one brother. She denied that she ever ran away from home. She denied that she ever observed domestic violence between her parents in her childhood home. She reported that her brother suffered from mental and alcohol abuse problems.

The defendant reported that she was married for 20 years and subsequently divorced from her husband. She reported that she suffered considerable domestic violence during the course of her marriage. She reported that her husband abused alcohol throughout their marriage and that he was "controlling" and "possessive." She reported that she is the mother of two daughters and

1

one son. She was residing in Pembroke Pines with her daughter at the time of her arrest. Academically, the defendant reported that she completed high school in honors classes. She reported that she earned above average grades in school. She denied any major behavioral problems in school. She denied that she was ever bullied, teased, or rejected by her peers. She reported that she earned her Bachelors degree at Michigan State University.

Occupationally, the defendant reported that she was last employed for Community Blood Centers from 2003-2009. In addition, she was a member of the School Board of Broward County from 2000-2010. She reported that she had been fired from prior jobs. She denied that she has ever received Social Security disability benefits. She denied that she has ever served in the United States military.

Socially, the defendant reported that she had numerous friends prior to the current offense. However, she reported that most of her friends "don't want anything to do with me anymore after this (crime) happened." Recreationally, she reported that she enjoys reading and watching movies.

Legally, the defendant denied that she was ever arrested as a juvenile or as an adult prior to the current legal offense.

In regard to her mental health history, the defendant reported that she participated in outpatient counseling services on several occasions. She reported that she received marital counseling with her husband in 2000. In addition, she reported that she participated in individual counseling in 2000, 2002, and 2004. She further reported that she has been prescribed antidepressant medication (Effexor) in the past, although she was not taking any form of medication at the time of this assessment. She denied that she has ever attempted suicide, although she reported that she has suffered from debilitating depression at times. The defendant also reported severe anxiety at times, avoidance behaviors, and ruminations on past traumatic events. She reported that she has suffered from sleep and appetite disturbances throughout most of her adulthood. She denied that she has ever experienced auditory or visual hallucinations. She denied anger control problems.

The defendant reported that she abused alcohol on a binge basis for the past four years. She further reported that she abused prescribed Opioid medication (Hydrocodone) for a period of approximately eight weeks. She reported that most of her abuse of alcohol occurred when she was in the company of her peers. Conversely, most of her abuse of prescription medication occurred when she was alone. She reported that she participated in outpatient alcohol rehabilitation treatment services between July of 2008 and November of 2009.

Medical health was reported as remarkable due to high blood pressure, hysterectomy, and syncope (passing out). She denied that she has ever suffered a head trauma injury.

**Collateral Interviews:** Ms. Meghan Gallagher, the defendant's daughter, reported that her mother has consumed alcohol to excess for the past several years. She reported that her mother's rates of alcohol increased significantly after her divorce. The defendant's daughter reported that her father (defendant ex-husband) abused alcohol and was emotionally abusive towards her mother. She reported that on one occasion, her mother locked herself in a bathroom due to her father's angry outburst that culminated in her father punching a hole in the bathroom door. The

2

defendant's daughter reported that her mother was consuming alcohol to the point of intoxication two to three times per week including during the time period of the alleged offense. The defendant was reported as "looking depressed a lot of the time when she wasn't drinking alcohol." The defendant's daughter reported that her mother has been "a good woman who had a rough live and has always been a good mother and always tried to do the best thing."

Ms. Suzanne Leitner, L.C.S.W., the defendant's therapist, reported that Ms. Gallagher has attended two session of psychotherapy. She reported that the defendant has already scheduled for her next appointment. Ms. Leitner further reported that the defendant has been actively involved in treatment to date and she appeared motivated to resolve her mental health and alcohol abuse problems.

**Mental Status Examination:** The defendant arrived for each of her scheduled interviews on time and unaccompanied. She was appropriately groomed and attired in casual clothing. She was of average height and weight. Eye contact was direct and unremarkable. Her general clinical presentation was cooperative and her demeanor was serious. Motoric responses were within normal limits. Attention span and memory functions were intact. She was oriented to person, place, time, and situation. Responses to examiner inquiries were appropriate in volume, pacing, and word production. Affect was often tearful and mood appeared depressed. Functional intelligence was grossly estimated to fall within the High Average range based upon her use of vocabulary and general fund of information. She did not verbalize any behaviors that would suggest the presence of imaginary internal stimuli. In addition, she did not verbalize any statements that were consistent with an active delusional belief system. She denied suicidal or homicidal ideations or plans.

**Personality Testing:** The Personality Assessment Inventory (PAI) is one of the most frequently utilized tests in forensic and clinical cases. It contains several Validity Scales designed to assess for possible response distortion and numerous Clinical Scales designed to assess for possible mental health problems. Validity Scales did not reveal any indications of fabrication/exaggeration or minimization of mental health symptoms. In addition, there were no indications of random responding to test items. As a result of those findings, Clinical Scales were determined to be valid and therefore interpretable. Clinical Scales revealed a significant elevation on a test scale designed to assess for depression. Individuals who score in a similar manner are often known to be sad, lethargic, and irritable. During times of severe or prolonged distress, they may consider suicide as a viable solution to their problems. Clinical Scales also revealed a significant elevation on a test scale designed to assess for Alcohol Abuse. Individuals who score in a similar manner often reported the chronic and severe abuse of alcohol. They are likely to have experienced several negative consequences due to their abuse of alcohol. Similar scoring individuals often report problems in their exclusive relationships due to their emotional unavailability, poor anger control, and/or financial irresponsibility.

The Millon Clinical Multiaxial Inventory -III (MCMI-III) is one of the most frequently utilized personality tests in forensic and clinical settings. It contains several Validity Scales and numerous Clinical Scales. In addition, the MCMI-III provides extensive information on an individual's personality that might be of assistance in determining treatment appropriateness. Validity Scales did not reveal any indications of a distorted response style. Clinical Scales revealed a significant elevation on a test scale designed to assess for depression. Individuals who score in a similar manner are often known to experience sadness, pessimism, and hopelessness.

In addition, they tend to dwell on past misfortunes and anticipate failure in their future pursuits. They often experience minimal pleasure in their lives and they tend to be devoid of positive feelings and experiences. Clinical Scales further revealed a significant elevation on a test scale designed to assess for alcohol problems. Individuals who score in a similar manner often abuse alcohol to excess and have experienced numerous negative consequences due to their abuse of that substance. It is quite possible his abuse of substances serves as a "self-medicating" strategy for a concurrent mood disorder. Personality Scales revealed significant elevations on test scales designed to assess for the following traits: dependent, self-defeating, and depressive. Individuals who score in a similar manner are highly reliant upon others to meet their emotional needs and they often engage in self-defeating behaviors to accomplish their goals. In addition, they are often known to become depressed when they are not unable to attach to a consistent source of external reinforcement and validation.

The Substance Abuse Subtle Screening Inventory - 3 (SASSI-3) is a brief substance abuse assessment tool that was designed to provide information regarding the possible presence and severity of drug and/or alcohol problems. It provides Validity Scales to assess for random, exaggerated, and defensive responding. It also contains numerous Clinical Scales designed to assess for the possible presence of drug and alcohol problems. Validity Scales did not reveal any indications of response distortion as discussed above. As a result, Clinical Scales were determined to be valid and therefore interpretable. Clinical Scales revealed a significant elevation on the Alcohol Abuse Scale. Individuals who have scored in a similar manner often report numerous symptoms of addiction, negative consequences, and difficulty in fully recognizing the aversive impact of substances on their lives. They are usually at high risk for legal difficulties due to their drug-seeking lifestyle and they are likely to display significant impairments in numerous areas of functioning. Treatment suggestions based upon the SASSI-3 were placement into a residential alcohol rehabilitation facility.

The Beck Depression Inventory – II (BDI-II) is one of the most commonly used brief assessment scales for symptoms of depression. The defendant's pattern of responses did not reflect random responding to test items. Therefore, the BDI-II was determined to be valid and therefore interpretable. The defendant obtained a total score of 43 on the BDI-II which falls in the Severe range of depressive symptomatology. Individuals who score in a similar manner are usual diagnosed with a major mood disorder.

**DSM-IV-TR Diagnoses:**

| | |
|---|---|
| **Axis I:** | Major Depressive Disorder (severe, recurrent) |
| | Alcohol Dependence Disorder |
| **Axis II:** | (consider) Personality Disorder NOS (with dependent, self-defeating, and depressive features) |
| **Axis III:** | High blood pressure, hysterectomy, and syncope |
| **Axis IV:** | Legal |
| **Axis V:** | 49 |

**Conclusions:** The defendant meets the diagnostic criteria for a major mental disorder and an alcohol dependence disorder. As a result, she would be an appropriate candidate for short-term, residential, alcohol rehabilitation treatment and concurrent psychiatric case management services. Prognosis for a successful treatment outcome was determined to be good.

4

Thank you for the opportunity to participate in this evaluation and please feel free to telephone me if you require additional information on this matter.

*Michael P. Brannon Psy.D.*

Michael P. Brannon, Psy.D.
Licensed Psychologist
PY0004289

# EXHIBIT II

LAW OFFICES OF BOGENSCHUTZ, DUTKO & KROLL, P.A.
600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 764-2500 • FAX (954) 764-5040



My name is Cherry Mason I am 69 years old and live in Broward County. I have volunteered in Broward County Public Schools for 8 years.

I have known Beverly Gallagher for about 8 years. Before I met Beverly I had heard about how much she did for education in Broward Public Schools especially district 2; that was her district and that is the district I live in. I met her when I was PTA President for PTA at Pines Lakes Elementary School. I was also on SAF at the school and on SAF for the South Area SAF of Broward County Public Schools. It was there I saw for myself how hard she worked for the school system and what a dedicated person she is.

Bev started out as a PTA mom and then PTA President and from there added on many accomplishments to her resume.
When someone had a problem or needed support Bev was the one school board member you could always count on to help you. And if Bev didn't know the answer she would find out where you needed to go for help.

I found this out for myself when my younger grandson needed to be tested for ESE. We found out that he should have automatically been tested because he was in the Pepper program before he started school. He was now in the third grade having a hard time. One call from her office to the school got results, by reminding them this was something that needed to be done long ago. He is doing great and will be going into the 8th grade when the new school year begins.

Twice when Bev was up for re-election I volunteered to help on her campaign. On voting day I proudly stood holding my sign recommending her re-election. I stood from 6:30 A.M. until 7:00 P.M.; rain nor sunshine kept me away--I stayed the whole day, not because I was asked to but because I wanted to show my support and to say thank you for all that she had done. Time after time people would come out with their thumbs in the air saying tell Bev she has my vote and tell her thank you for the great job she has done.

Bev is a wonderful mother and grandmother she is caring and loving and devoted to her family. As a friend there is none better or can compare to how she supports her friends and we know she is always there for us.

I am having my daughter help me form this letter with punctuation marks, spelling and such. Unfortunately I quit school in the 9th grade. I was not lucky enough to have a Beverly Gallagher encouraging and supporting me and my family regarding my education.

As an adult I am lucky to have Bev Gallagher in my life. She is always there for me and letting me know that as a volunteer I am very important to my community and schools. She also lets me know how proud she is of me.

Please, I ask for Mercy and Leniency for Beverly Gallagher.

Thank you.
Regards,
Cherry Mason

May 21, 2010

US District Judge James I. Cohn

US District Court

299 E Broward Blvd.

Ft. Lauderdale, Fl 33301

Re: Beverly Gallagher

Honorable Judge Cohn:

I am writing this letter hoping you would consider my letter in your sentencing over Beverly Gallagher, asking for some leniency.   My two younger sons attended Everglades Sr. High School and one of my sons played varsity baseball. I was on the booster club committee, chosen to be director of fundraising. Because our fundraising was moving slowly I then contacted Mrs. Gallagher at the Broward School Board to see about having the Broward School Board and the City of  Miramar  equally join in the responsibility of lighting the baseball fields at the school.   After meeting with Mrs. Gallagher, she agreed as well as the City of Miramar, sharing the costs for completing the high school's baseball fields with lighting, storage facility and items needed for the team to play baseball.

During the two years our high school baseball booster club got to know Mrs. Gallagher as a good person, hardworking, and honest individual. Of what we knew of her, she was always wanting to help people any way that she could. Maybe it would be possible, your sentencing for Mrs. Gallagher would be that of her helping people in the community. She could help organize non profit goups to help raise money for high school sports teams.

Please consider Mrs. Gallagher's community involvement in your decision for a light court sentencing.

Sincerely,

Patricia Crews

1302 N.W. 195 Ave.

Pembroke Pines, FL. 33029

**NOREEN REBOSO**
2222 GLENWOOD LANE
TALLAHASSEE, FLORIDA 32308
(850) 391-0004

May 21, 2010

United States District Judge James I. Cohn
United States District Court
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

Dear Judge Cohn,

It is with great sadness that I write this letter humbly asking that you look at Beverly Gallagher's entire life and not just the recent mistakes she has made when considering her sentence.

When I first met Bev about 10 years ago, I was a staffer in the Florida Senate where I witnessed first-hand her dedication to the children and families of this state. As you can well imagine I've met many politicians, activists and just regular people that would come to Tallahassee to make a change, but I must tell you that Bev was different. I personally have not met a more tireless champion for education, for both public and private schools, and there wasn't a person too low, or in too high a position that she wouldn't work with to get things done. I often wondered what drove that dedication and why she gave so much of her time and knowledge to a political process that can be less than kind at times. So over the years we became personal friends and that is when I found the answer: Her Children.

I ask that, if given the opportunity, that you take a moment and speak to her children. They are a shining example of the good work that Bev has done, and it is on their behalf that I write this letter. I can tell you that this world is a better place because of the fine, young adults that she has raised and I hope that you find it in your heart to have them spend as little time as possible away from her.

I thank you for your time and consideration.

Sincerely,

Noreen Reboso

May 25, 2010

To Whom It May Concern:

I am writing this letter on behalf of Beverly Gallagher.

My name is Sonjia Coley and I am a project manager for the School Board of Broward County. I have known Ms. Gallagher for over six years in her capacity as a school board member.

During my acquaintance with Ms. Gallagher, I have known her to be a person who has worked tirelessly to serve the students of Broward County. She has rallied relentlessly to ensure that the students throughout Broward County were equipped with the facilities to promote a healthy and safe learning environment. I know her to be a person to make certain that administrators, parents and community were informed and involved as stakeholders in the process, with the publication of her monthly newsletters. In addition, I have known her to be a caring, hardworking and prudent person.

I am aware of the events surrounding this case, however I believe that [the Court's] leniency in sentencing Ms. Gallagher for her momentary lapse in judgment will give her the opportunity to redeem herself quickly, so that she may once again become a valuable asset to her community.

I pray for your consideration when handing down her sentence.

Respectfully,

Sonjia V. Coley

May 25, 2010

Honorable Judge James I. Cohn
U.S. District Court

Dear Judge Cohn,

In regard to your consideration of Beverly Gallagher's upcoming sentencing, I just wanted to make you aware of an extraordinary aspect of her character concerning her compassion, that I think not many people know of, or that may not come to light in the midst of current publicity.

As school started in August of 2008,  I was a volunteer parent officer of our high school SAF (School Advisory Forum). If you will recall, a series of horrible hurricanes and tropical rain events swept through Haiti and in particular Gonaives, where flooding and mud-slides virtually obliterated the city, and caused immediate untold loss of life and undescribable human suffering and misery.

In the day or two afterward, as the pictures started coming in , I was horrified and moved to start organizing some type of relief drive through the school. In calling around and with great difficulty attempting to find organizations with the logistical capabilities to help during the confusing aftermath of this natural disaster I was amazed to find out that Beverly Gallagher, our school board rep, was already well underway in arranging for substantial coordination and support of local supply collection from our area's schools; distribution to a main collection point at the School District via the District's transportation and delivery network; and the expediting of the pallets to be delivered and loaded to a Coast Guard ship, bound for an ultimate distribution network in Haiti arranged through her contacts with local Haitian clergy.

I will always be continually amazed and grateful for the energy, speed and compassion with which she acted to remediate the suffering of these unfortunate victims, and our relief drive went so smoothly thanks to her efforts (basically, at that point all I had to do was get the posters up throughout the school).

Sir, I just wanted you to take into consideration, as you reflect upon her sentencing, the grace and compassion that resides in Beverly that was demonstrated to me.

Respectfully,

Lesley Thiele
4841 SW 188 Avenue
Southwest Ranches, Fl 33332

Honorable Judge Cohn,

I met Ms. Beverly Gallagher as an elementary school student, and I have admired her since. Growing up, Ms. Gallagher was always a role model for me, especially during campaigns, which I was thrilled to help with. As a senior about to graduate, I have spent much time with Ms. Gallagher. Upon receiving the title of "Editor-in-chief" of my school newspaper, Ms. Gallagher sent me a personal congratulation letter, crossing out "Ms. Gleissner" and putting "Ashley". She knew how to work with students to make them feel special.

Ms. Gallagher has always kept the best interest of the students in mind; I cannot say the same for other board members. During a boundary battle, she voted against the rest of the school board, knowing that what she was doing was truly right. Her heart has always been in the right place.

I cannot explain the situation at hand, but I do know that Ms. Gallagher will always be regarded as an amazing person who truly cared about the people, not just the voters. Please don't be harsh on Ms. Gallagher, for her intentions truly are pure.

Thank you,

Ashley Gleissner

May 25, 2010

To Honorable Judge James I. Cohn ,

I am writing to you, so that I can share the Beverly Gallagher that I have been privileged to know for the past ten years. We met when my daughter (who is now a senior in high school) was beginning elementary school. In that time I gave grown to respect and admire Ms. Gallagher for her dedication and passion for all children.

Overcrowded schools and boundary issues were a concern of mine. You see, I live in the town of Southwest Ranches (we have no schools in our town) and have three children. The surrounding cities often saw our children as the first group to shift when changes were needed. It was Ms. Gallagher who stood up for us, even if her political advisors said it was not worth her time. She continued the fight to represent what was in the children's best interest.

Over time I learned to respect the strength Ms. Gallagher displayed, and advice she had to offer. She has given countless hours of her time meeting with parents and communities to share issues that the district is facing. Personal time spent traveling to Tallahassee to fight for educational issues. Meeting with HOA groups to ease concerns when a new school was opening in their community.

Beverly was always open to discuss ideas with parents, and took special time to share with students as well. I have seen others on the school board not give nearly as much of themselves. For Beverly, this was a commitment she took to heart.

I cannot explain what has happened in this FBI case, but I do know it does not erase nor diminish the good that Beverly has done for education and the children in her district. We will be hard pressed to find someone who will work as hard, and accomplish as much. I ask that you keep this in mind during sentencing, and appeal for leniency

I learned from Ms. Gallagher, that even when it seems like a hopeless uphill battle never give up. My children have benefited from getting to see how determined she was, working for her constituents. Including schools and students for food drives for Haiti is another example of her leadership role in the community.

Her relationship with her children is one that many would envy. I believe it is a testament that they continue to stand by her side through this difficult time. I truly believe that there are better things that Ms. Gallagher can do for her community on the outside, rather than putting her behind bars. It is my sincere hope that you will look at other options available.

Sincerely,

Melissa Gleissner  (954) 434-0172

# DEBRA DAVIS

8321 NW 17 CT
Pembroke Pines, FL 33024
(954) 432-5785
Madavis@aol.com

May 26, 2010

US District Judge James I. Cohn
US District Court
299 E Broward Blvd
Ft. Lauderdale, FL 33301

Your Honor,

I am writing this letter on behalf of my friend, Beverly Gallagher, with the hope that it will help her get some degree of leniency from the court. The Beverly I know is an honest, hard working, dedicated Mother, Grandmother, champion for all students in Broward county. She is also an intelligent, caring, loving person.

My first meeting with Beverly was in 1993, when I was elected to be the Treasurer of the PTA at my children's Elementary school. Bev was teaching a workshop on how to be a PTA treasurer. We had some mutual friends, and quickly became friends ourselves. Over the last 17 years, we have remained friends and colleagues of sorts, as I became involved in the school advisory process. I came to have a great deal of respect and admiration for Beverly, both as a person and a public servant. She has always done what was best for ALL of the students in the county, not just a few. I was constantly amazed by her dedication, and her ability to recall information and share details with the rest of us at the many meetings we attended, both at the South Area level and the county level of the advisory. She never wavered, always looking out for the students, doing what I feel is an enormous task of trying to appease the families of 270,000 students. Being on the School Board is not a glamorous job, but it is one she loved.

On a personal level, when my oldest son wanted to attend a different high school than the one we were assigned to, due to the fact that he was in a special middle school program at a different school than he was supposed to be in, I asked Beverly if she could help. He wanted to be in high school with the friends he had made during his 3 years of middle school. Beverly told me that there was nothing she could do, rules are rules. I respected her for that, and my son went on to do great things at his school.

While I don't have access to all of the evidence in this case, I really believe there must be some extenuating circumstances at work here. I believe that Beverly deserves leniency. The public is in no danger from her, and I believe she could be a great asset to society by doing community service, which is what she has spent her life doing anyway.

I thank you for taking the time to hear me out, and I hope to be getting some much needed good news from my friend Beverly soon, as we put this horrible chapter of her life behind her.

Sincerely,

*Debra Davis*

May 22, 2010
Saul B. Shechter
820 S. Hollybrook Dr.
Apt. 104, Bldg. 57
Pembroke Pines, Fl. 33025

US District Judge James I. Cohn
US District Court
199 E. Broward Blvd.
Ft. Lauderdale, Fl. 33301

Dear Judge James I. Cohn,

I met Beverly Gallagher about 13 years ago.  I was a member of Pembroke Pines
Board of Adjustment and Mrs. Gallagher was also a member of the Board.  She
would attend every meeting without fail and always came prepared.  She studied the
agenda and voted on every issue.

What impressed me was her dedication to her work.  She always came with her two
young daughters; they would sit in the audience quietly waiting for Mom.

When Beverly ran for the School Board position, I strongly supported her because I
was sure she would do a good job.

I am of course saddened by what has happened.  I hope that you will show
compassion for Beverly and send here home to her family.

Sincerely,

Saul B. Shechter

May 22, 2010
Arnita Aiken
15201 Wilshire Cr. S.
Pembroke Pines, Fl. 33027

US District Judge James I. Cohn
US District Court
199 E. Broward Blvd.
Ft. Lauderdale, Fl. 33301

Dear Judge James I. Cohn,

I have been a neighbor of Mr. and Mrs. Veron Raos for more than sixteen years.
They are the parents of Beverly Gallagher. They are a fine family and have always
proudly supported their daughter, Beverly. Vicki (Mrs. Raos) would always be out
at the election site working for her daughter. Of course, I met Beverly many times
through the years and she always impressed me as being dedicated as a parent and
as a member of the community.

I ask that you be lenient in your sentencing of Beverly in consideration of her many
years of service to the community.

Sincerely,

Arnita Aiken

Arnita Aiken

Ann Gallagher
15830 NW 10th Street
Pembroke Pines, Fl 33028

May 25, 2010

Honorable Judge James I. Cohn
U.S. District Judge
U.S. District Court
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Judge James I. Cohn,

I am writing you this letter on behalf of my best friend and my mom, Beverly
Gallagher. I would like to share a little bit about the wonderful woman who I know
and love more than anything in the world.

My mom is one of the most remarkable, hardworking and caring people that you
would ever meet. She has always demonstrated complete selflessness when it
came to raising her children and giving back to her community.

At a young age my mom instilled the importance of giving back to our community
in us. I remember spending countless hours standing on street corners picketing
or watching my mom in meetings fight for public education, and other various
programs that would benefit our community. Not everyone is willing to give up
their time for others, but my mom has dedicated her entire life to improving the
lives of others, especially the children of our community.

While I was growing up, my mom had to handle the responsibility of raising three
children and running a household solely on her own. She was married, but to a
man that spent 16+ hours a day working and did not take priority over helping to
raise his family. My mom took charge of that role and was able to make our
family feel complete even when it wasn't.

While holding together our family and fulfilling everything that was required to
perfection, my mom still found time to coach my t-ball league, be my girl scout
leader, she was my room mom, the president of my school's PTA and on top of
all of this, she had to go to work every day and teach middle school dropout
prevention. She did all of this with a smile on her face.

When my mom decided to run for the Broward County School Board, it seemed
like such a natural progression and fit for her. Who would be better suited to look
after the kids of Broward than this woman who has dedicated her life to making
the lives of children better? She worked so hard to get elected and taught us, her
children a great lesson in the democratic process along the way.

Honorable Judge James I. Cohn
May 26, 2010
Page 2

A month after being elected to the Broward County School Board, my father abandoned his duties as husband and father. My mom was always up for a fight and a challenge, but now she was faced with going through a divorce, learning how to be an elected official and trying to keep everything at home as normal as possible for her three underage children.

As a product of my mom's challenges, both as her daughter and as a student who attended a Broward County Public School, I have never been so proud of anyone in my life. My mom took her challenges head on and continued to succeed with grace and class.

I understand that my mom has made a mistake and it is a monumental mistake that she will have to live with for the rest of her life. This incident is far out of the character of the woman that I know and love so much and I must vouch that I am certain that this was a onetime offense, where she encountered a momentary lapse in judgment. My mom loved one thing more than her children and that was being able to serve the people of her community, and now she has violated the public trust and can no longer help to better our society.

I ask you to please be compassionate, understanding and lenient when presiding over my best friend, my rock and my mom. She is an extraordinary woman who has already suffered greatly from her actions. My mom does not belong away; she truly belongs at home with her family.

Sincerely,

Ann Gallagher

U.S. District Judge James I. Cohn
U.S. District Court
299 E. Broward Blvd.
Ft. Lauderdale, Fl. 33301

I have known Beverly Gallagher for about ten years. When I was a teacher at Walter C. Young Middle School in Pembroke Pines, she was the Broward School Board member representing our area. She was affiliated with our school for that reason and in addition, because her children attended WC Young. As a result she was personally involved at the school on a regular basis. Her daughter, Annie, was my student when she was in the 8th grade, so I had contact with her in that capacity as well.

As time went on, Annie moved on to Flanagan High School and met my son when they were both members of the marching band. They eventually dated briefly so as a result I knew Beverly on a more personal level. We were both band parent volunteers at Flanagan for several years and spent many hours together supervising the students. In those many hours we spent together, I got to know her a little better.

I found Beverly to be a caring, hardworking and involved mom. As a divorced parent, she seemed to know that her involvement in her children's lives was her number one responsibility. I never got any impression of Beverly other than that she was a decent, upstanding individual.

In all honesty I don't know what to think about Bev's current situation, but I do know that she has already suffered greatly and I'm certain her family has suffered as well. I think that the punishment she has already received by being publically embarrassed by being removed from office is enough.

My hope is that Bev and her family can put this behind them as soon as possible. I honestly don't know if she is guilty as charged, but I know that if she is, she made a mistake that she has paid for in public opinion and her future reputation. I'm hoping that you can find it in your heart to show leniency because Beverly is a decent person who deserves a break.


Sincerely,

Vikki L. Gomez

## JON R. LEVINSON

943 Evergreen Drive, Delray Beach, Florida 33483   Residence: (561) 272-0349   Office: (561) 243-2690

May 25, 2010

U.S. District Judge James I. Cohn
U.S. District Court
299 E Broward Blvd.
Ft. Lauderdale, Fl 33301

Dear Judge Cohn,

I am writing you personally, in reference to Beverly Gallagher, who will be appearing before you shortly.

As a former Delray Beach City Commissioner I have had the opportunity to know and work with Beverly both personally and professionally.  Personally I have known her to be extremely focused on her family and I have been impressed with her emphasis on her children's well being and success.  Her dedication to her community has been stellar. She has worked tirelessly to improve the quality of education for all students having started simply as someone interested in her own children's education.  That interest grew to be a passion for improving the quality of education for all of the students in Broward County.

Professionally, over the years, I often talked with her about the pressures of being an elected official.  We shared concerns for budgets, fairness, and a commitment to serving our constituents.  In the last several years we discussed the strains of public life and the impact it had on our families.  The allocation of our time to elective office and family was always a balancing act that was a topic of our conversations.

Why do I mention these discussions?  To demonstrate Beverly's commitment to her community and to others.  She was always willing to assist in a challenge.  Whenever asked I know she would volunteer to lead a project or task.

I am concerned Beverly will be lost from her family and our Community for a period of time and would urge you to consider the outstanding contributions she has made.  Please allow her to continue to be with her family and to continue to provide assistance to our Community.

Please let me know if I can provide any additional information to you or others in making your decision.

Sincerely,

May 24, 2010

US District Judge James Cohen
US District Court
299 E. Broward Boulevard
Fort Lauderdale, Florida 33301

To the Honorable Judge Cohn:

I am writing to affirm my support of Beverly Gallagher, who I have known ten (10) years and who has spent her life dedicated to her family and to helping her community.  As a caring and loving parent, she dedicated countless hours to Broward County Public Schools Advisory and PTA organizations, prior to becoming a member of the School Board.  Beverly has demonstrated her value to the importance of family and to giving back to the community. She may have lost her way, but I know with the support of her children and friends, she will once again be on the right path to support others.

As an instructor of special needs students, and a behavior specialist for over thirty years in the public school system for significantly at-risk students, I see on an every day basis, first hand, how poor choices will make life-changing decisions, but sincerely believe in the importance of giving people second chances. I believe Beverly does understand the consequences of her actions and the suffering she has caused and is deserving of a second chance to right her wrongs.

I am respectfully requesting that Beverly be given leniency for her sentencing.  It is my goal in writing that you will see the entire scope of her life, and not only the events of late, and take this into consideration as decisions are made regarding her future. Beverly still has a lot to give to her family, community and society as a whole. Please allow Beverly to get a second chance to right her wrong and to make amends to all she has hurt.  It would be beneficial for Ms. Gallagher to be a working and productive member of society and to return to giving back to her community as soon as possible.
If you need further information, please do not hesitate to contact me.

Sincerely,


Ms. Rosann Lynn Bagdasarian
2200 NE 33 Avenue #17F
Fort Lauderdale, Florida 33305
954 565-4320
.

Francine Klauber

9311 NW 36th Place

Sunrise FL 33351


US District Judge James I. Cohn

US District Court

299 E. Broward Blvd

Ft. Lauderdale FL 33301


Dear Judge James I Cohn,

I have known Beverly Gallagher through the years that she served as a school board member I-for district 6 in Broward County Florida. We have worked together on many school projects and events that benefitted the children not only in her district put throughout the County as well. Her dedication and willingness to go the extra mile for people in need of help was something you can always count on.

She has past these qualities to her three children one of whom became a mom herself and making Beverly a grandmother. I believe that what Beverly is being punished for should not erase all the years of advocacy and good citizenship she has demonstrated through her lifetime. The public humiliation, her loss of credibility in the community and the suffering imposed on her children is the true punishment that will be imposed no matter what the court decides. This most importantly, will last a lifetime. I urge you to think of probation and community service as a strong alternative to incarceration and a way for the entire family to begin the healing process. Thank you for your time.

Respectfully,

Francine Klauber



**SHUTTS
&
BOWEN
LLP**

GEORGE I. PLATT
(954) 847-3828 Direct Telephone

E-MAIL ADDRESS:
gplatt@shutts.com

May 24, 2010

Honorable James I. Cohn, U.S. District Court Judge
U.S. District Court
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

    **Re:   Beverly Gallagher**

Dear Judge Cohn:

    I have known Beverly Gallagher since she first ran for The School Board.  She is a woman whose path to public office was from parent activist to community advocate to a run for public office.  She was well-loved and much supported.

    I realize that Beverly is charged with a serious offense and has entered a plea to her transgressions.  I am urging you to consider her long history of public and community service when imposing her sentence.  Her cooperation with investigators is also a factor that should be taken into consideration.

    As a School Board member, Beverly achieved much good for our community.  That long list of achievements has helped tens of thousands of students, School Board employees and our community.

    It is painful to see a public official step over the line.  My lengthy involvement in the political process has convinced me that some public officials simply lose sight of the line between right and wrong.  Some of it may have to do with peculiar weaknesses such as a corrupt streak, but sometimes it has to do with the self-importance that public officials assume when lobbyists, the public, favor seekers, unions and others puff up the egos of elected officials.  We have seen sad examples of this over the years and it may tend to blur the vision of some.

    Somewhere along the way, Beverly lost sight of the line.  Living on the financial edge probably also helped push her over the line – though that is no excuse.  And since I have not spoken to her about this, I dare not guess at whether she had some misconceived rationale to somehow believe she was not violating the law.

FTLDOCS 5550111 1

200 East Broward Boulevard, Suite 2100, Fort Lauderdale, Florida 33301 • ph 954.524.5505 • fx 954.524.5506 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM

Honorable James I. Cohn, U.S. District Court Judge
May 24, 2010
Page 2


But she did violate the law and it has ruined her public career and left Beverly in big trouble. I believe that she learned a lesson in the most difficult and trying way possible. Yet, knowing Beverly Gallagher, I feel that she can still lead a productive life and give service to our community. Please consider this in imposing her sentence. With Broward's long-overdue focus on ethics of public officials and public business, our community would benefit by Beverly being able to use her experience to teach other elected and public officials how to avoid falling into an ethical and legal abyss.

Sincerely,

SHUTTS & BOWEN LLP

George A. Platt

GIP/vdw

FTLDOCS 5550111 1

200 East Broward Boulevard, Suite 2100, Fort Lauderdale, Florida 33301 • ph 954.524.5505 • fx 954.524.5506 • www.shutts.com

MIAMI    FORT LAUDERDALE    WEST PALM BEACH    ORLANDO    TAMPA    TALLAHASSEE    AMSTERDAM

Meghan Gallagher
161 SW 84th Ave Apt 105
Pembroke Pines, FL 33025


May 25, 2010


Honorable Judge James I. Cohn
U.S. District Judge
U.S. District Court
299 E. Broward Blvd.
Fort Lauderdale, FL 33301


Dear Judge Cohn:

I am writing to you in regards to my mother, Beverly Gallagher. I am the eldest of her three children and would like to provide the Court with a full depiction of the woman who now stands before you.

My mom came from humble beginnings. She was a teacher and parent activist, raising three children on her own, trying to provide a better life for her family after a difficult divorce. Her goals were simple – help my brother, sister, and myself get a good education so we could be productive members of society. For as long as I can remember my mom served the community. She began as a room mother when I was in kindergarten. She then took on greater roles such as an officer in the PTA and Advisory Council. After almost two decades of volunteering, this experience lead to something bigger; she found a calling in life. She now dedicated herself to helping improve the local school system at the board level, and by doing so, improve her community. The entire time, she worked with numerous school staff and community members towards the same goal, improving her community. Over time, she became a respected member of the School Board and the community.

My mom has not only served the community, but has also been the core of our family. She has been more than just a care taker to the three of us. She has for several years cared for my grandfather who has had several battles with cancer and a continued decline in health. We also recently learned that my grandmother is ill with breast cancer and will shortly undergo surgery.

Somewhere along the line, she faltered. Her case was not one of a long, ongoing series of illegal or immoral activity, but one in which she exhibited poor judgment over a small window of time. A few poor decisions on her part, for which she now takes full responsibility for, led her astray. I honestly believe that my mom never intended to defraud her constituents, or the School Board. She let her human frailties get the better of her, and affect her judgment. She now realizes the error of her ways, and is working hard to rectify the past. Although my mom can never truly erase the effects of this situation, she is attempting to move forward. She has taken the first steps in this long journey, and will continue to do so for the rest of her life.

So now, my mom stands before the Court, asking for not only leniency, but compassion and understanding. She asks that the Court look at her entire public career, not just the small window of time presented in this current case. Look at the positive achievements she was involved with over her long public career. Look at the good she has done for the schools, and the community. A person once wrote that "*Justice does not seek to be hateful or vindictive. Justice seeks only to give people what they deserve. Justice is supposed to be blind but never unfeeling. Justice never seeks to be cruel. No one deserves cruelty.*"

© RPG

Honorable Judge James I. Cohn
May 25, 2010
Page 2

As I understand, the purpose of the legal process is two-fold, punishment and rehabilitation.   My mom understands and accepts that due to her actions, there must be a penalty.  She broke the law.  However, we ask that the Court also look at the second part – rehabilitation.  With the right help, and a lot of self-examination, my mom can still be a productive, law abiding member of society.   She is a daughter, a mother, a grandmother, and Matriarch of our family. Placing my mom in prison for a lengthy period would hurt more than just her, it would hurt everyone.   By sharing her life experiences, both positive and negative, hopefully she will be able to help others before they make the same mistakes she has.

In closing, I ask that you not only consider the facts in this case, but please consider the entirety of this person's life: the good she has done along with the mistakes she has made and the potential for good that can still be harvested.

Sincerely,

Meghan Gallagher

© RPG

491093

May 24, 2010


Honorable James I. Cohn
U.S. District Judge
U.S. District Court
299 E. Broward Boulevard
Ft. Lauderdale, FL 33301

Dear Judge Cohn:

I am writing this letter on behalf of Ms. Beverly Gallagher, former Broward County School Board Member.

I met Ms. Gallagher in November of 2000, when she was elected as the School Board Member for District 2. Ms. Gallagher, although going through a painful divorce at the time, was very professional and very personable and I grew to respect her very much while working in the same office with her over the years. She was a beautiful example of grace and strength to me when I went through the same divorce experience myself a few years later. For a short time I worked very closely with her by providing her clerical assistance when she was without a secretary for about two months. Ms. Gallagher worked very hard for the students in her district. After having 3 children of her own in Broward County Public Schools, and being a teacher and a very involved PTA member, she was very excited to have been elected to a position where she could have an opportunity to really make a difference for the children, not only in her own district, but throughout Broward County.

I have known Beverly Gallagher for almost 10 years and have known her to be a good, honest, caring, hard-working, strong, independent woman with old fashion values. She is a caring, loving Mother and Grandmother. I was absolutely astounded when I read the charges that had been brought against her.

I had the pleasure of meeting Ms. Gallagher's children on numerous occasions and was very impressed with the beautiful bond that she had with all three of her children. Her old fashion values and sense of family was evident from the time I met her, but when I personally saw her interacting with her children, it was even more evident. All three of her children have great love and respect for her. Her children have all grown up to be incredibly caring, responsible, and successful adults. That is a wonderful testament to the very special mother who raised them and always made them her priority.

I too developed a great respect for Ms. Gallagher and her family over the years, and even more so now with the incredible strength and grace they have all exhibited while being so terribly ostracized by the media. In this country people are supposed to be innocent until proven guilty. **Ms. Gallagher and her family never had a chance**!

Please consider the woman that I know she is when you decide what her future will be. Jail is no place for her. She is not a criminal.

Sincerely,

Kim Simmonds
8617 S.W. 18 Street
Davie, FL 33324



US District Judge James I. Cohn                              May 25, 2010
US District Court
299 E Broward Blvd.
Ft. Lauderdale, Fl 33301


The Honorable James I. Cohn,

I am writing this letter on behalf of Beverly Gallagher. I have known her for a
number of years. I know she must pay for her mistakes but I would ask for leniency
in her sentencing. I believe Beverly's children are all shining examples of her. Annie
in particular will make Broward a better more ethical place to live. Her loyalty to
her Mom and strength in adversity speak volumes on her upbringing. Beverly is a
single Mom. I know her time must be served, however I believe that time spent on
probation and in service to the community would be time well served. Beverly
would never be a flight risk as her family is her anchor, her heart, her life.


Sincerely,

Jaemi Levine

Founder and President

Mothers Against Predators

2461 N.W. 95th ave.

Coral Springs, Fl. 33065

**JACK R. LAMB**

**9725 TIFFANY OAKS LANE**

**TAMPA, FL 33612**

May 24, 2010

The Honorable James I. Cohn
Judge of the U.S. District Court
299 E. Broward Blvd.
Ft. Lauderdale, FL 33301

Dear Judge Cohn:

I have been asked to write a letter regarding my knowledge and dealings
with Beverly Gallagher. I have always held Beverly in the highest regard
in working together as board members on the Florida School Boards
Association Board of Directors.

She is a single parent who, excluding her recent difficulty, held her
school district and students in highest regards. I do not know all the ins
and outs, but this is very contrary to the Beverly I have worked with.

In deciding her sentence, I hope you will take Beverly's past history,
entire professional career, and family dealings into account.

Sincerely,

Jack R. Lamb, Ed.D.

eb

5/23/10

Dear Judge Cohn,

The purpose of this letter is to provide input regarding the sentencing of Beverley Gallagher. I am requesting leniency in consideration of her overall character. I have known Beverley for over 25 years. During that time she consistently & passionately advocated for students & for communication with decision makers locally and in Tallahassee ensured to the benefit of the Broward School District.

Respectfully Submitted,

Roy Rogers

Mr. Roy Rogers
1141 NE 41st Ave.
Lighthouse Pt, FL 33064

US District Judge James I Cohn
US District Court
299 E. Broward Blvd.
Ft. Lauderdale, Fl.
      33301

CLARENCE V. McKEE, ESQ.
PRESIDENT & CEO



MCKEE COMMUNICATIONS, INC.

Honorable James Cohn
299 East Broward Blvd.
Fort Lauderdale, Florida 33301

May 24, 2010

In Re: Beverly Gallagher

Dear Judge Cohn:

As one admitted to practice law in three states, I have the highest degree of respect for our laws
and the Judiciary. In addition, having spent much of my professional career working with public
officials, I have a deep understanding of and belief in the principle that such officials uphold the
public trust.

In those situations where a public official has committed an act or acts that violate the law and
the public trust, they should be held accountable. However, in cases where an official has an
unblemished record of service prior to committing a transgression, I believe that such a record
should bear considerable weight in determining and mitigating any sentence, especially when the
person has expressed deep remorse for the conduct.

Such is the case with Ms. Gallagher whom I have known and worked with for several years as
she worked diligently to improve educational opportunities for Broward County children, not
only as a Member and Chair of the School Board, but also as a leading voice for educational
excellence in education associations in our state. On a personal note, she was most helpful and
involved in assisting and participating in a "$5000 Shopping Spree" at a local retail store to
replenish a clothing center for disadvantaged students damaged in a Hurricane.

As you weigh options regarding sentencing, I respectfully urge that her years of dedicated
service to children be taken into consideration. I believe Ms. Gallagher is deserving of leniency.
She has already suffered substantially for her acts.

Respectfully submitted,

Clarence V. McKee

# STEPHEN R. FRAZIER

**351 NE 19TH PLACE, UNIT K215**
**FORT LAUDERDALE, FLORIDA 33305**
**954-565-6615**

May 24, 2010

District Judge James I. Cohn
US District Court
299 E Broward Blvd.
Ft. Lauderdale, Florida 33301

Dear Judge Cohn:

There is no lesson Beverly Gallagher could learn by a long sentence that she couldn't learn in a short one. I do not believe that the long imprisonment of this woman is a demonstration of justice nor a fair punishment for her crime.

Ms. Gallagher is a good person. Indeed, I support her as a human being who, flaws included, has demonstrated so many acts of kindness and performed many good deeds for others -- including the children of our community.

I am a school principal, and I have had the good fortune of working closely with Ms. Gallagher as a member of the Broward school system. I have witnessed Ms. Gallagher's love for children first hand. Ms. Gallagher introduced many positive initiatives that improved the educational climate here in Broward County and benefitted the young people in our community. It is my sincerest hope that you will recognize and acknowledge all the good Ms. Gallagher has done for our schools through her many years of service.

Obviously, Beverly Gallagher is not perfect, but she is ever evolving, as we all are! I am respectfully asking you to please have mercy on Ms. Gallagher; she is a good soul and has much more she can offer this world which cannot be achieved if imprisoned for a long period of time.

Thank you very much for your time and consideration, Judge Cohn.

Sincerely yours,

Steve Frazier

**Pageantry Arts Concepts, Inc.**
(Non Profit Corporation for Youth Arts Activity)
5100 Chardonnay Drive
Coral Springs, FL  33067-4123
www.pacworld.org



May 24, 2010

U.S. District Judge James I. Cohn
U.S. District Court
299 E. Broward Blvd.
Fort Lauderdale, FL  33301

Dear Sir,

I am writing this letter imploring leniency towards Ms. Beverly Gallagher.

Her daughter Annie was a member of our organization from September 2004 through April 2005 and Ms. Gallagher was nothing but morally supportive of music education programs like ours. Any interaction or experience I had with Ms. Gallagher was nothing but honest and honorable. When I asked her for advice in several areas, she was very open, honest and certainly gave us positive direction and always made time for us when her busy work schedule would allow it. This to me is a trait of a true "representative" of our community.

From my personal experience with her daughter and Ms. Gallagher, it was evident she was an outstanding, supportive, loving and caring mother.  To me, she was a very hardworking person with great character and moral fortitude.

I am hopeful you will see the person I know when making your judgment of Ms. Gallagher.

Sincerely,

A. Scott Hughes
President
Pageantry Arts Concepts, Inc.

May 24, 2010

US District Judge James Cohen
US District Court
299 E. Broward Boulevard
Fort Lauderdale, Florida 33301

To the Honorable Judge Cohn:

I am writing to affirm my support of Beverly Gallagher, who I have known ten (10) years and who has spent her life dedicated to her family and to helping her community.  As a caring and loving parent, she dedicated countless hours to Broward County Public Schools Advisory and PTA organizations, prior to becoming a member of the School Board.  Beverly has demonstrated her value to the importance of family and to giving back to the community. She may have lost her way, but I know with the support of her children and friends, she will once again be on the right path to support others.

As an instructor of special needs students, and a behavior specialist for over thirty years in the public school system for significantly at-risk students, I see on an every day basis, first hand, how poor choices will make life-changing decisions, but sincerely believe in the importance of giving people second chances. I believe Beverly does understand the consequences of her actions and the suffering she has caused and is deserving of a second chance to right her wrongs.

I am respectfully requesting that Beverly be given leniency for her sentencing.  It is my goal in writing that you will see the entire scope of her life, and not only the events of late, and take this into consideration as decisions are made regarding her future. Beverly still has a lot to give to her family, community and society as a whole. Please allow Beverly to get a second chance to right her wrong and to make amends to all she has hurt.   It would be beneficial for Ms. Gallagher to be a working and productive member of society and to return to giving back to her community as soon as possible.
If you need further information, please do not hesitate to contact me.

Sincerely,


Ms. Rosann Lynn Bagdasarian
2200 NE 33 Avenue #17F
Fort Lauderdale, Florida 33305
954 565-4320
.

U. S. District Judge James I. Cohn:                              May 2010


  This letter is in regard to Beverly Gallagher.  I have known Beverly Gallagher for a number
years. She was a Band parent during the same time that I was involved with the Flanagan
High School Band Program. Annie, her daughter, played in the band with my son, David
Helms.  At that time, she worked on the Broward County School Board.  Beverly would not
only attend the Band functions, she would work at them as well. For example, at the Band
competitions she sold the drinks and worked making the snow cones. My younger son, who
was about 10 at the time, helped her. She even watched him so I could do other things or
watch the bands compete. She showed kindness along with a genuine concern for others.

  Bev Gallagher was a good and approachable parent.  When I had Annie in my English III
Honors class, she was quite concerned when Annie failed to do her best. Yet, she allowed
her daughter to learn by her mistakes and never made excuses for Annie.  Beverly never
used her power to persuade me or any teacher to show favoritism in any way.  This shows
Beverly Gallagher's integrity and an appreciation for teachers. She always supported the
teachers and was a strong advocate of bettering the school system. Beverly cared about
education and about children.

Thank you for taking the time to read my letter. I hope that when you sentence Beverly
Gallagher you show leniency.  Bev has been a good leader in the community, a caring
and loving parent, and a kind, decent woman.



Sincerely,

Vicki S. Helms
Language Arts teacher
Flanagan High School
754-323-0650