UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60353-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BEVERLY GALLAGHER,

    Defendant.

_____/

## MOTION FOR VOLUNTARY UNESCORTED SURRENDER

COMES NOW   the Defendant, BEVERLY GALLAGHER by and through her undersigned counsel, and respectfully moves this Honorable Court to permit her <u>voluntary unescorted surrender</u> to the institution designated by the Attorney General for the service of any term of incarceration, post-sentencing, on June 2, 2010, and would show for cause as follows:

    1.    That the Defendant herein has been a Broward County and resident for most of her adult life.  She has also served as an elected Public Official in the Broward County School Board;

    2.    That she agreed to plead to an Information, be debriefed on multiple occasions by the Government, and has, in all respects, been cooperative and contrite in her actions both pre and post-plea;

Furthermore, it is a matter of Bureau of Prisons' policy, that the permission to voluntarily surrender is a factor in determining the <u>placement</u> of this Defendant, as well as her "custody status" while incarcerated.  That is, the BOP considers that this Defendant's

LAW OFFICES OF BOGENSCHUTZ, DUTKO & KROLL, P.A.
600 SOUTH ANDREWS AVENUE, SUITE 500 · FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 764-2500 · FAX (954) 764-5040



"risk" is <u>significantly</u> decreased for determination as to the way that she is imprisoned, where she is imprisoned, and the faith and trust placed upon her as an inmate by the institution, as a result of whether or not the Court has permitted a voluntary surrender in her cause.  (See BOP Security and Custody Classification Manual PS 5200.07 (9/3/99) Table 5-6 (Chapter 5, Page 13) attached).  The deduction of three (3) security points will be significant to placement and or prison assignment.

It is not expected that the Government will oppose said request, given the history of this Defendant in this case.

WHEREFORE, the Defendant respectfully urges this Honorable Court to consider, and grant unto her, voluntary unescorted surrender, after sentencing, to the institution designated by the Attorney General for her place of incarceration.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>26</u> day of May, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or <u>pro se</u> parties, either by electronic transmission generated by CM/ECF, or in some other manner for those counsel or parties who are not able to receive electronic filings.

Respectfully submitted,

BOGENSCHUTZ, DUTKO & KROLL, P.A.
Attorneys for BEVERLY GALLAGHER
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33301
Phone:        (954) 764-2500
Facsimile:    (954) 764-5040
e-mail:        jdblaw0515@aol.com



BY: _____
J/DAVID/BOGENSCHUTZ
Florida Bar # 131174



PS 5100.07
9/3/99
Chapter 5, Page 13

**Table 5-6**

| POINTS | STATUS | DEFINITION |
|--------|--------|------------|
| | | PRECOMMITMENT STATUS |
| 0 | Not Applicable | Inmate was not released on Own Recognizance (OR) and did not Voluntarily Surrender. |
| R (-3) | Own Recognizance | <u>Award credit for the following:</u> Inmate was released prior to or during the trial period without posting bail or incurring any financial or other type of obligation to ensure appearance. |
| V (-3) | Voluntary Surrender | Inmate was not escorted by a law enforcement officer to either the U.S. Marshals Office or the place of confinement. |
| | | This applies only to **post-sentencing** voluntary surrender, and does not include cases where the inmate surrendered to the U.S. Marshals on the same day as sentencing. |
| | | <u>Do not award credit for the following:</u> If there is any indication of bail violation, failure to appear, etc. |
| | | If inmate violated or did not successfully complete release period |
| | | Electronic Monitoring cases or pretrial CCC (bond) placement |
| | | Military inmates who were not confined, but were restricted in movement on the military reservation |

13.   **VOLUNTARY SURRENDER DATE.**   If the court has provided for voluntary surrender, enter the date of the voluntary surrender in this block.   If the court provided for voluntary surrender but did not provide a specific date for the surrender, the CCM shall contact the court to establish a mutually agreeable date.